**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6173**

_____

ANDRE EDMONDS,

                                    Plaintiff - Appellant,

        versus

DONALD R. CUMMINGS; JAMES KEELING; PAGE TRUE;
RUFUS FLEMINGS, Warden,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-01-625-3)

_____

Submitted:  March 14, 2002          Decided:  March 26, 2002

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Andre Edmonds, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andre Edmonds, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000).  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  Edmonds v. Cummings, No. CA-01-625-3 (E.D. Va. Jan. 4, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED